THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Robert Coleman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALAN COLEMAN,<br><br>Defendant. | CASE NO: 2:16-cr-00265-GMN-CWH<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA D. SILVA, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for ROBERT ALAN COLEMAN, that the conditions of Mr. Coleman's pretrial release be modified pursuant to the conditions provided in this agreement.

The parties agree that Mr. Coleman's pretrial release be modified according to the following conditions:

1. Mr. Coleman has been on pre-trial supervision for almost 5 years. Pretrial Services has no objection to discontinuing Mr. Coleman's required monthly drug testing. The parties do not object to removing the monthly requirement.

/ / /

/ / /

1

2. Instead of monthly testing, the parties stipulate and agree that Pretrial Services may randomly administer drug tests to Mr. Coleman as often as Pretrial Services deems necessary.

DATED: January 24, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Cristina D. Silva* |
| THOMAS A. ERICSSON, ESQ. | CRISTINA D. SILVA, ESQ. |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Robert Alan Coleman* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 7th day of February, 2018.

2