THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Robert Coleman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT ALAN COLEMAN,<br><br>　　　　　　Defendant. | CASE NO: 2:16-cr-00265-GMN-CWH<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between CRISTINA D. SILVA, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for ROBERT ALAN COLEMAN, that the conditions of Mr. Coleman's pretrial release be modified pursuant to the conditions provided in this agreement.

The parties agree that Mr. Coleman's pretrial release be modified according to the following conditions:

1. Mr. Coleman has been on pre-trial supervision for 5 years. Pretrial Services has indicated that the drug testing condition may be removed from Mr. Coleman's pretrial release requirements.

///

1

2. The parties stipulate and agree that the pretrial release requirement of drug testing may be removed from Mr. Coleman's conditions of pretrial release.

DATED: February 15, 2018.

Respectfully submitted,

*/s/ Thomas A. Ericsson*
THOMAS A. ERICSSON, ESQ.
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Counsel for Robert Alan Coleman*

*/s/ Cristina D. Silva*
CRISTINA D. SILVA, ESQ.
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 16th day of February, 2018.